FILED

JAN 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10144 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-02893-RCC |
| v. | |
| GILBERTO ENRIQUEZ-VALENZUELA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted January 17, 2012[**]

Before:    LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Gilberto Enriquez-Valenzuela appeals from his guilty-plea conviction and

30-month sentence for importation of marijuana, in violation of 21 U.S.C. § 952,

and possession with intent to distribute marijuana, in violation of 21 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 841(a)(1) and (b)(1)(B)(vii). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Enriquez-Valenzuela's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Enriquez-Valenzuela with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**